UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ZURICH AMERICAN INSURANCE CO.,

              Plaintiff,

      -against-

PIEDMONT EXPRESS, INC.,

              Defendant.

------------------------------------------------------------X

**JUDGE CHIN**

**RULE 7.1 STATEMENT**

07 Civ.

**07 CIV 6514**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, ZURICH AMERICAN INSURANCE COMPANUY, a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

SEE ATTACHED LIST

JUL 18 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Dated: New York, New York
       July 16, 2007

James J. Ruddy (JR 6698)

**ZURICH U.S.**

**Zurich U.S.**

American Guarantee & Liab.
American Zurich Insurance Co.
Assurance Company of Amer.
Colonial American Cas. & Surety
Fidelity and Deposit Co. of MD
Maine Bonding & Casualty Co.
Maryland Casualty Company
Maryland Lloyds
National Standard Ins. Co.
Northern Insurance Co. of NY
Steadfast Insurance Company
Valiant Insurance Company
Zurich American Ins. Co. of IL
Zurich American Insurance Co.

**Empire Fire & Marine Group**

Empire Fire & Marine Ins. Co.
Empire Indemnity Ins. Co.

**Maryland Netherlands Credit**

The Mountbatten Surety Co., Inc.

**Universal Underwriters Group**

Universal Underwriters Ins. Co.
Universal Underwriters of TX
Alpina Insurance Co.