Zurich American Insurance Company, et. al., Plaintiff(s)
vs.
Piedmont Express, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 084997-0001

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Piedmont Express, Inc.,
Court Case No. 07 CIV 6514 (DC)

MCDERMOTT & RADZIK, LLP
Mr. James J. Ruddy
Wall Street Plaza
88 Pine Street
New York, NY 10005-1801

State of: _North Carolina_ ) ss.
County of: _Iredell_ )

**Name of Server:** I, _Rella S Wilson_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _29_ day of _August_, 20 _07_, at _9:30_ o'clock _P_ M

**Place of Service:** at _201 North McLin Creek Road_, in _Conover, NC 28613_

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Piedmont Express, Inc.,

**Person Served, and Method of Service:**
☒ By personally delivering them into the hands of the person to be served. _Ron Elliott, CEO_ _Piedmont Express_
☐ By delivering them into the hands of _Ron Elliott CEO_, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with Piedmont Express, Inc.,
at the place of service, and whose relationship to the person is: ___

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _W_; Hair Color _Gray_; Facial Hair _None_
Approx. Age _50_; Approx. Height _6'2"_; Approx. Weight _240 lbs_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Rella S Wilson_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _29_ day of _August_, 20 _07_
_Fonza M. Carter_
Notary Public    (Commission Expires)
_2-6-2009_