UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action |
| vs. | ) ) | CASE NO.: 07 CIV 6514 (DC) |
| PIEDMONT EXPRESS, INC., | ) ) | NOTICE OF MOTION FOR EXTENSION OF TIME TO ANSWER |
| Defendant. | ) ) | |

**PLEASE TAKE NOTICE,** pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant, Piedmont Express, Inc. ("Defendant"), by and through counsel, petitions the Court for an extension of time in which to file responsive pleadings to Plaintiff's Complaint in this action. In support hereof, Defendant shows the Court that the initial time within which Defendant was to file an Answer or otherwise plead has not expired, and that Defendant is unable to assemble the information required for filing responsive pleadings within twenty (20) days of first receipt of the Complaint.

**WHEREFORE,** Defendant prays the Court that it grant an extension of at least twenty (20) days in addition to the time allowed by law, as measured from the date of proper service on Defendant, in which to file responsive pleadings. As Defendant was served with the Summons and Complaint in this action on August 29, 2007, Defendant requests that its responsive pleading not be required at least until October 8, 2007.

Yours, etc.

POE & FREIREICH, P.A.
Attorneys for Defendant

By: ____/s/_____
Jeffrey J. Berezny, Esq. (JB1144)

                    Law Offices
                    POE & FREIREICH, P.A.
                    256 Columbia Turnpike
                    Columbia Commons-Suite 202
                    Florham Park, New Jersey 07932
                    Phone:  (973) 966-2770
                    Fax: (973) 966-7809

Dated:  September 18, 2007

TO:    James J. Ruddy, Esq.
        McDermott & Radzik, LLP
        Wall Street Plaza
        88 Pine Street, 21st Floor
        New York, New York 10005

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing document was duly filed through the ECF system and thereby served on the following individuals:

James J. Ruddy, Esq.
jjruddy@mcdermottradzik.com

This the 18th day of September, 2007.

                    Yours, etc.

                    POE & FREIREICH, P.A.
                    Attorneys for Defendant

        By:          /s/
                    Jeffrey J. Berezny, Esq. (JB1144)

Dated:  September 18, 2007