UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **ZURICH AMERICAN** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action** |
| | ) | |
| vs. | ) | **CASE NO.: 07 CIV 6514 (DC)** |
| | ) | |
| **PIEDMONT EXPRESS, INC.,** | ) | **ORDER FOR EXTENSION** |
| | ) | **OF TIME TO ANSWER** |
| **Defendant.** | ) | |

    THIS CAUSE coming before the Court on Motion of Defendant, Piedmont Express, Inc. ("Defendant"), for an extension of time in which to answer or otherwise plead, the Court finding that good cause exists to grant the same;

    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Defendant have twenty (20) additional days in which to file an Answer or otherwise plead, through and including the 8th of October, 2007.

    This the ____ day of _____ , 2007.

                                                               _____