LAW OFFICES
## POE & FREIREICH
A PROFESSIONAL CORPORATION

256 COLUMBIA TURNPIKE
SOUTH TOWER-SUITE 202
FLORHAM PARK, NEW JERSEY 07932

HARVEY R. POE *
(LL.M. IN TAXATION)

JAY J. FREIREICH **
(LL.M. IN TAXATION)

JEFFREY J. BEREZNY

HELEN H. SON
(LL.M IN TAXATION)

AERICKA J. HEAVENS

JONATHAN S. ROTH

MEREDITH M. SACCARDI
(LL.M. IN TAXATION)

\* NJ, NY & AZ BARS
\** NJ, PA & FL BARS
NJ, NY & DC BARS
NJ & NY BARS
NJ & PA BARS
CA BAR ONLY

(973) 966-2770
FAX: (973) 966-7809
Email: hpoe@poefreireich.com
Email: jay@poefreireich.com
Web site: www.poefreireich.com

NEW YORK OFFICE
TWO WILLIS AVENUE
MINEOLA, NEW YORK 11501

ARIZONA OFFICE
8655 EAST VIA DE VENTURA, SUITE 200-G
SCOTTSDALE, ARIZONA 85258
(480) 607-4400

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/20/07]

**MEMO ENDORSED**

September 19, 2007

<u>Via Fax Only (212) 805-7906</u>
Honorable Denny Chin, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>Zurich American Ins. Co. v. Piedmont Express, Inc.: 07 Civ. 6514 (DC)</u>

Dear Judge Chin:

This office represents Defendant, Piedmont Express, Inc. ("Defendant"), in connection with the above referenced matter.

As a follow up to Defendant's motion for an extension of time to answer which was electronically filed on September 18, 2007, and pursuant to the instructions of your Honor's chambers on even date, this letter is being submitted to respectfully request an extension of time to file an answer to Plaintiff's complaint of at least twenty (20) days to October 8, 2007.

Defendant is located in North Carolina. This office first received this matter from North Carolina counsel, Nancy L. Huegerich, Esq., on Monday evening of September 17, 2007. Ms. Huegerich requested consent for an extension from Plaintiff, but Plaintiff's counsel, James J. Ruddy, Esq., refused. Defendant was served with the Summons and Complaint in this action on August 29, 2007, and its answer was due on September 18, 2007. In light thereof, Defendant was unable to assemble the information required for

*Approved, to 10/8/07.*
*SO ORDERED.* [signature] 9/20/07

LAW OFFICES
**POE & FREIREICH, P.A.**
Honorable Denny Chin, U.S.D.J.
United States District Court
Southern District of New York
September 19, 2007
Page -2-

filing an initial responsive pleading by September 18, 2007.

Accordingly, Defendant respectfully requests the foregoing extension of time to answer Plaintiff's Complaint. By copy of this letter to our adversary, James J. Ruddy, Esq., Plaintiff is hereby being notified of same.

Thank you for your Honor's attention in this regard. If you should have any questions, please do not hesitate to contact me.

Respectfully submitted,

JEFFREY J BEREZNY

JJB/hbh
cc: James J. Ruddy, Esq. via fax only (212) 376-6488
Nancy L. Huegerich, Esq. via fax only (828) 324-1643

H:\DOCS\Piedmont Express\9-19-07 letter to Judge Chin requesting extension to answer.wpd