UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

**MEMO ENDORSED**

ZURICH AMERICAN INSURANCE COMPANY,

                                Plaintiff,          07 Civ. 6514 (DC)

    -against-                         **VOLUNTARY DISMISSAL AND ORDER**

PIEDMONT EXPRESS, INC.,

                                Defendant.

------------------------------------------------------------X

        No answer having been filed and the captioned action having been settled, it is hereby discontinued as to all parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure with prejudice but without costs as to any party, subject to re-opening by letter application in the event that the settlement is not consummated within thirty (30) days of entry hereof.

Dated: New York, New York
       October 9, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/07

McDERMOTT & RADZIK, LLP.
Attorneys for Plaintiff

By: _____
James J. Ruddy (JR-6693)
88 Pine Street
New York, New York 10005
212-376-6400
Ref.: 10-06-1986 JJR

**SO ORDERED:**

_____
U.S.D.J.

10/11/07